and dismiss defendant's appeal under Rule 17, allowed Nov. 3rd.

GRAY *v.* EVERETT ; from Cumberland. *Per Curiam:* affirmed, Nov. 15th.

DOWD *v.* MCDONALD ; from Moore. Motion for new trial, for newly discovered evidence. *Per Curiam :* allowed, Nov. 15th.

TREACY, MORRIS & CO. v. SMITH, et al ; from Moore. *Per Curiam:* This case is governed by *Cooper* v. *McKinnon*, 122 N. C., 447. Judgment of court below reversed.

HALL *v.* CAIN; from Cumberland. Motion to docket and dismiss defendant's appeal under Rule 17, allowed Nov. 11th.

BURRAGE *v.* WHITE ; from Cabarrus. *Per Curiam :* affirmed, Nov. 22nd.

KLUTTZ *v.* BINGHAM; from Rowan. *Per Curiam:* affirmed, Nov. 22nd. FURCHES, J., did not sit on the argument of this appeal.

STATE *v.* VENABLE; from Surry. *Per Curiam:* affirmed, Nov. 29th.

SHOEMAKER *v.* HAMBY ; from Wilkes. *Per Curiam :* affirmed, Nov. 29th.

HAMILTON *v.* WAUGH ; from Ashe. *Per Curiam :* affirmed, Dec. 6th.

BANDY *v.* WILSON; from Catawba. *Per Curiam:* affirmed, Dec. 6th.

WINKLER *v.* WINKLER; from Burke. *Per Curiam :* affirmed, Dec. 6th.

BYNUM *v.* SMITH; from Gaston. *Per Curiam:* affirmed, Dec. 13th.

BRANER CATTLE CO. *v.* RAILWAY CO.; from Jackson. *Per Curiam:* affirmed, Dec. 20th.